

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00183-CV

RONIE WAYNE SMITH AND                  APPELLANTS
LONNIE CHARLES SMITH

V.

CITY OF WICHITA FALLS,                            APPELLEES
WICHITA COUNTY, AND WICHITA
FALLS INDEPENDENT SCHOOL
DISTRICT

------------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY
### TRIAL COURT NO. 43,025-A

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On August 12, 2014, and August 27, 2014, we notified appellant Ronie Wayne Smith in accordance with rule of appellate procedure 42.3(c) that we would dismiss his appeal unless the $195 filing fee was paid. *See* Tex. R. App.

---

[1]*See* Tex. R. App. P. 47.4.

P. 42.3(c).  Appellant Ronie Wayne Smith has not paid the $195 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant Ronie Wayne Smith failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal of Ronie Wayne Smith.  *See* Tex. R. App. P. 42.3(c), 43.2(f).  This case shall hereinafter be styled "*Lonnie Charles Smith v. City of Wichita Falls, Wichita County, and Wichita Falls Independent School District.*"

Appellant Ronie Wayne Smith shall pay all costs of his appeal, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  October 2, 2014

---

[2] *See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).

2